UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-363-FL2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| HAKEEM RASHED WHITE | ) | |

Upon Motion of the United States, it is hereby ORDERED that Docket Entry Number 115 in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney and/or ordered unsealed by the court.

This, the  3rd   day of  November , 2015.

_____
LOUISE W. FLANAGAN
United States District Judge