UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-00363-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAKEEM RASHED WHITE | ORDER TO SEAL |

On motion of the Defendant, Hakeem Rashed White, and for good cause shown, it is hereby ORDERED that DE 131 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 11th day of March, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge