UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-363-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| HAKEEM RASHED WHITE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 136 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney.

This the __25th__ day of March 2019.

_____
LOUISE W. FLANAGAN
United States District Judge