UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Hakeem Rashed White                                              Docket No. 5:08-CR-363-2FL

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hakeem Rashed White, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 17, 2009, to the custody of the Bureau of Prisons for a term of 157 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On June 5, 2019, the defendant was granted a reduction pursuant to 18 U.S.C. § 3582(c)(1)(B). The originally imposed sentence of imprisonment was reduced to 113 months. The term of supervised release was reduced to 48 months.

Hakeem Rashed White was released from custody on July 18, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 25, 2009, the defendant was found guilty of Indecent Liberties with a Child in Wake County, North Carolina case 08CRS85773. It is our recommendation that the defendant receive a sex offender evaluation to determine if treatment is needed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Van R. Freeman, Jr.<br>Van R. Freeman, Jr.<br>Deputy Chief U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: August 6, 2019 |

**Hakeem Rashed White**
**Docket No. 5:08-CR-363-2FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this 7th day of August, 2019, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge