UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Hakeem Rashed White**                    Docket No. 5:08-CR-363-2FL

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hakeem Rashed White, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 17, 2009, to the custody of the Bureau of Prisons for a term of 157 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On June 5, 2019, the defendant was granted a reduction pursuant to 18 U.S.C. § 3582(c)(1)(B). The originally imposed sentence of imprisonment was reduced to 113 months. The term of supervised release was reduced to 48 months.

Hakeem Rashed White was released from custody on July 18, 2019, at which time the term of supervised release commenced.

On August 6, 2019, a Petition for Action was submitted to the court. As the defendant has previously been convicted of a sex offense, a psycho-sexual evaluation condition was added.

On September 17, 2019, a Petition for Action was submitted to the court. The results of the psycho-sexual evaluation recommended the defendant undergo polygraph examinations in order to monitor compliance. A physiological testing condition was added by the court.

On November 7, 2019, a violation report was submitted to the court as the defendant tested positive for marijuana on October 22, 2019. The defendant was continued on supervision to allow for participation in substance abuse treatment.

Om November 14, 2019, a violation report was submitted to the court as the defendant tested positive for cocaine on November 4, 2019. The positive was staffed with the treatment provider, and treatment was subsequently increased. The defendant was increased to weekly reporting to the U.S. Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 14, 2019, the defendant tested positive for cocaine. The defendant denies the use of cocaine. Further, the defendant denies any involvement with cocaine. The defendant is compliant to treatment and his previously imposed sanction of weekly reporting. It is recommended that the defendant complete 12 hours of community service within 60 days of this order. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Hakeem Rashed White
Docket No. 5:08-CR-363-2FL
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: November 27, 2019 |

### ORDER OF THE COURT

Considered and ordered this __5th__ day of __December__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge